**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE, LLC,** *Plaintiff,* | § | |
| **v.** | § | **MO:25-CV-00473-DC** |
| **ABEL GABALDON ROMERO, THE UNITED STATES OF AMERICA, MARIA E. ROMERO,** *Defendants.* | § | |

**<u>ORDER</u>**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] concerning Plaintiff Nationstar Mortgage, LLC's Motion for Default Judgment Against Defendants Abel Gabaldon Romero and Maria E. Romero.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No objection having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the R&R and **ORDERS** that Plaintiff's Motion for Default Judgment be **GRANTED**.

---

[1] Doc. 23.
[2] Doc. 19.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

A separate Default Judgment will be entered.

It is so **ORDERED**.

SIGNED this 8th day of September, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE